**Marcia WELCH, individually and on behalf of all others, similarly situated, Plaintiffs,**

v.

**BOARD OF DIRECTORS OF WILDWOOD GOLF CLUB and Board of Directors of Stone Lodge, Inc., individually and in their official capacities, Defendants.**

**Civ.A. No. 90–1154.**

United States District Court, W.D. Pennsylvania.

April 21, 1995.

---

**438**

Deborah L. Iwanyshyn, Pittsburgh, PA, Bruce Bagin, Pittsburgh, PA, J.W. Hernandez–Cuebas, Delmar, NY, for plaintiffs.

Laura A. Candris, Pittsburgh, PA, for defendants.

### ORDER OF COURT

LEE, District Judge.

**AND NOW** this 21st day of April, 1995, it is hereby **ORDERED** as follows:

■ Plaintiffs' "Motion to Stay Defendants' Motion for Attorneys Fees, Costs and Expenses" (**Document No. 336**) is **DENIED** as the Court believes Plaintiffs' notice of appeal was filed untimely. Furthermore, the docket for the Court of Appeals for the Third Circuit reflects that counsel have been informed that there may be a jurisdictional defect in the filing of the appeal.

■ Moreover, a district court, after entry of a final judgment and filing of a notice of appeal, retains the power to adjudicate collateral matters such as applications for counsel

fees. *West v. Keve,* 721 F.2d 91 (3d Cir. 1983).